# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Fluor Intercontinental, Inc. ) ASBCA No. 60729
)
Under Contract No. W52PIJ-07-D-0008 )

APPEARANCES FOR THE APPELLANT: Gregory A. Smith, Esq.
Zachary D. Prince, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  CPT Brian C. Habib, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 10, 2019

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60729, Appeal of Fluor Intercontinental, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals